1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-01358-MCE-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON** |
| vs. | |
| HALLAIAN BROTHERS NO. 1, A PARTNERSHIP, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION; ORDERTHEREON

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Hallaian Brothers No. 1, a Partnership; Whitie's Pet Shop, Inc.; and Buffet Concepts, Inc., dba Ole Frijole, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: February 10, 2015                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Ronald Moore

Date: February 10, 2015                    MILLER & AYALA, LLP

                                           */s/ Nathan S. Miller*
                                           Nathan S. Miller
                                           Attorneys for Defendants
                                           Hallaian Brothers No. 1, a Partnership; Whitie's
                                           Pet Shop, Inc.; and Buffet Concepts, Inc., dba Ole
                                           Frijole

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated:  February 11, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT